

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2021

No. 04-21-00096-CV

Claudia **MEDRANO**,
Appellant

v.

Lora **VERGOTT**, Jeff Tafoya, Innovative Risk Management, Inc., and Acceptance Indemnity
Insurance Co.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23582
Honorable Aaron Haas, Judge Presiding

## O R D E R

The reporter's record in this case was originally due April 30, 2021 and was not filed. On June 14, 2021, we ordered the appellant to provide written proof that she had requested the preparation of the reporter's record and had either paid for or made arrangements to pay the reporter's fee for the record. On June 17, 2021, the court reporter filed a notification of late record stating: (1) the appellant has paid for the record; and (2) the court reporter anticipates the record will be completed by June 21, 2021. We therefore **ORDER** the court reporter to file the reporter's record **by June 21, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court